JONATHAN K. LEVINE (SBN 220289)
jkl@pritzkerlevine.com
ELIZABETH C. PRITZKER (SBN 146267)
ecp@pritzkerlevine.com
PRITZKER LEVINE LLP
1900 Powell Street, Suite 450
Emeryville, CA 94608
Telephone: (415) 692-0772
Facsimile: (415) 366-6110

THOMAS J. MCKENNA (admitted *pro hac vice*)
tjmckenna@gme-law.com
GREGORY M. EGLESTON (*pro hac vice* pending)
gegleston@gme-law.com
GAINEY McKENNA & EGLESTON
501 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0383

*Attorneys for Plaintiff Alan Bankhalter*

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
7/6/2020

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. STOCKHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS. | Lead Case No. 4:19-cv-05153-YGR<br><br>(Consolidated with Cases No. 4:19-cv-05863-YGR, 4:19-cv-05881-YGR, and 4:19-cv-08246-YGR)<br><br>**NOTICE OF NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS WITHOUT PREJUDICE PURSUANT TO RULE 41(A).** |

Pursuant to Rule 41(a)(1)(a)(i) of the Federal Rules of Civil Procedure, Plaintiff Alan Bankhalter hereby gives notice of the voluntary dismissal without prejudice of his claims in the above captioned case, the parties to bear their own fees and costs.

Dated: July 1, 2020

Respectfully submitted,

**PRITZKER LEVINE LLP**

By: */s/ Jonathan K. Levine*
Jonathan K. Levine (SBN 220289)
Elizabeth C. Pritzker (SBN 146267)
1900 Powell Street, Suite 450
Emeryville, California 94608
Telephone: (415) 692-0772
Facsimile: (415) 366-6110
Email: jkl@pritkzkerlevine.com
ecp@pritzkerlevine.com

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna (admitted *pro hac vice*)
Gregory M. Egleston (*pro hac vice* pending)
501 Fifth Avenue, 19th Floor
New York, New York 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
E-mail: tjmckenna@gme-law.com
gegleston@gme-law.com

*Attorneys for Plaintiff Alan Bankhalter*

- 1 -

NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS
WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(a)(i)
Lead Case No. 4:19-cv-05153-YGR