JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     (415) 773-5700
Facsimile:     (415) 773-5759

Attorneys for Nominal Defendant Apple Inc.

[Additional Counsel on Signature Pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. STOCKHOLDER DERIVATIVE LITIGATION<br><br>_____<br><br>This Document Relates To:<br><br>    ALL ACTIONS.<br><br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Lead Case No. 4:19-cv-05153-YGR<br>(Consolidated with Cases No. 4:19-cv-05863-YGR, 4:19-cv-05881-YGR, and 4:19-cv-08246-YGR)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SCHEDULE**<br><br>Judge: Yvonne Gonzalez Rogers<br>Date Action Filed: August 19, 2019 |

Plaintiffs Terrence Zehrer, Andrew Fine, Tammy Federman SEP/IRA, and the Rosenfeld Family Foundation (collectively "Plaintiffs"), and nominal defendant Apple Inc. ("Apple"), by and through their undersigned counsel, stipulate as follows:

WHEREAS, the Court previously entered orders, pursuant to stipulations submitted by the parties, temporarily staying this action pending further developments in the consolidated securities fraud class action captioned *In re Apple Inc. Securities Litigation*, No. 4:19-cv-02033-YGR (N.D. Cal.) (*see* Dkt. Nos. 43, 47, 49, 51, and 53);

WHEREAS, the most recently-entered stay expired on February 1, 2023 (*see* Dkt. No. 53);

WHEREAS, pursuant to paragraph 6 of the most recently-entered stipulation to stay this action (*id.*), the parties have now met and conferred concerning a proposed schedule for further proceedings;

WHEREAS, the parties agree it will preserve judicial and party resources to first brief and determine the issue of Plaintiffs' standing to assert claims derivatively on behalf of Apple, before any briefing takes place on motions raising substantive issues concerning Plaintiffs' claims pursuant to Federal Rule of Civil Procedure 12(b)(6);

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective counsel of record, as follows:

1.      On or before May 19, 2023, Plaintiffs shall either (a) file a Consolidated Complaint; or (b) file a notice designating one of the existing Complaints in this action as the operative Consolidated Complaint.

2.      Nominal Defendant Apple shall file its anticipated motion to dismiss ("Apple's MTD") no later than June 19, 2023.

3.      Plaintiffs shall file an opposition to Apple's MTD no later than August 3, 2023.

4.      Nominal Defendant Apple shall file a reply brief in support of Apple's MTD no later than August 24, 2023.

5.      A hearing on Apple's MTD shall be set for October 3, 2023, at 2 p.m., or at a later date and time convenient to the Court.

6.      The Individual Defendants shall not be required to answer or otherwise respond to the operative complaint pending the Court's ruling on Apple's MTD.

- 1 -
STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SCHEDULE

7.      In the event Apple's MTD is denied, counsel will, within 10 days, meet and confer regarding a proposed schedule in connection with the Individual Defendants' response to the operative complaint, and will file a stipulation with the Court regarding the same.

8.      By entering into this stipulation, the parties do not waive any rights or defenses not specifically addressed herein.

**IT IS SO STIPULATED.**

Dated:  March 20, 2023

ORRICK, HERRINGTON & SUTCLIFFE LLP
JAMES N. KRAMER
ALEXANDER K. TALARIDES

*/s/ James N. Kramer*
JAMES N. KRAMER

The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
E-mail:
        jkramer@orrick.com
        atalarides@orrick.com

Counsel for Nominal Defendant Apple Inc.

- 2 -

Dated: March 20, 2023

WEISSLAW LLP
JOEL E. ELKINS


*/s/ Joel E. Elkins*
JOEL E. ELKINS

9107 Wilshire Blvd., Suite 450
Beverly Hills, CA 90210
Telephone: (310) 208-2800
Facsimile (310) 209-2348
E-mail: jelkins@weisslawllp.com

WEISSLAW LLP
DAVID C. KATZ (admitted *pro hac vice*)
MARK D. SMILOW (*pro hac* to be filed)
JOSHUA RUBIN (*pro hac to be filed*)
1500 Broadway, 16th Floor
New York, NY 10036
E-Mail: dkatz@weisslawllp.com
        msmilow@weisslawllp.com
        jrubin@weisslawllp.com

-and-

ROBBINS LLP
BRIAN J. ROBBINS
CRAIG W. SMITH
SHANE P. SANDERS
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile (619) 525-3991
E-mail: brobbins@robbinsllp.com
        csmith@robbinsllp.com
        ssanders@robbinsllp.com

*Co-Lead Counsel for Plaintiffs*

I, James N. Kramer, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Schedule.  In compliance with Civil L.R. 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.


*/s/ James N. Kramer*
JAMES N. KRAMER

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE

***

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____March 27_____, 2023

_____
HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE