JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Attorneys for Nominal Defendant Apple Inc.

[Additional Counsel on Signature Pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. STOCKHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>   ALL ACTIONS. | Lead Case No. 4:19-cv-05153-YGR (Consolidated with Cases No. 4:19-cv-05863-YGR, 4:19-cv-05881-YGR, and 4:19-cv-08246-YGR)<br><br>**STIPULATION REGARDING SETTLEMENT STATUS**<br><br>Judge: Yvonne Gonzalez Rogers<br>Date Action Filed: August 19, 2019 |

| | |
|---|---|
| 1 | Pursuant to the Court's Order Setting Compliance Deadline (Dkt. No. 62), the parties hereby |
| 2 | submit this stipulation to advise the Court as to the status of the settlement of this litigation. The parties |
| 3 | have executed a Memorandum of Understanding to settle the litigation and are in the process of |
| 4 | negotiating and finalizing a long-form settlement agreement. The parties expect to finalize their |
| 5 | agreement and present it for the Court's preliminary approval pursuant to Fed. R. Civ. P. 23.1 within forty- |
| 6 | five (45) days of the date of this filing. |

Dated: October 5, 2023

Respectfully Submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP
JAMES N. KRAMER
ALEXANDER K. TALARIDES

*/s/ Alexander K. Talarides*
ALEXANDER K. TALARIDES

The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
E-mail:
    jkramer@orrick.com
    atalarides@orrick.com

Counsel for Nominal Defendant Apple Inc.

| | | |
|---|---|---|
| Dated: October 5, 2023 | | WEISSLAW LLP<br>JOEL E. ELKINS |

                                                        */s/ Joel E. Elkins*
                                                    JOEL E. ELKINS

9107 Wilshire Blvd., Suite 450
Beverly Hills, CA 90210
Telephone: (310) 208-2800
Facsimile (310) 209-2348
E-mail: jelkins@weisslawllp.com

WEISSLAW LLP
DAVID C. KATZ (admitted *pro hac vice*)
MARK D. SMILOW (*pro hac* to be filed)
JOSHUA RUBIN (*pro hac to be filed*)
1500 Broadway, 16th Floor
New York, NY 10036
E-Mail: dkatz@weisslawllp.com
         msmilow@weisslawllp.com
         jrubin@weisslawllp.com

               -and-

ROBBINS LLP
BRIAN J. ROBBINS
CRAIG W. SMITH
SHANE P. SANDERS
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile (619) 525-3991
E-mail: brobbins@robbinsllp.com
         csmith@robbinsllp.com
         ssanders@robbinsllp.com

*Co-Lead Counsel for Plaintiffs*

I, Alexander K. Talarides, am the ECF User whose ID and password are being used to file this Stipulation Regarding Settlement Status. In compliance with Civil L.R. 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

                                                  */s/ Alexander K. Talarides*
                                                  ALEXANDER K. TALARIDES