**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE APPLE INC. STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No. 4:19-cv-05153-YGR (Consolidated with Cases No. 4:19-cv-05863- YGR, 4:19-cv-05881-YGR, and 4:19-cv-08246- YGR)<br><br>**ORDER SETTING COMPLIANCE DEADLINE** |

In light of the parties' stipulation filed October 5, 2023 (Dkt. No. 63) the Court **SETS** a compliance deadline for **Friday, November 24, 2023**, on the Court's 9:01 a.m. calendar. Five (5) business days prior to the date of the compliance deadline, parties shall file a stipulation to dismissal or stipulation as to the status of the settlement process. All compliance deadlines are decided on the papers and personal appearances are not necessary. If compliance is complete, the compliance deadline will be taken off calendar. Failure to timely file the requisite information may result in sanctions, or an additional conference being set by the Court.

**IT IS SO ORDERED.**

Dated: October 26, 2023

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**